GEORGE A. BREVALDO, EMMA BREVALDO, J. F. JOHNSON AND THOMAS DOWLING, APPELLANTS, VS. THE C. B. ROGERS COMPANY, A CORPORATION ORGANIZED AND DO-ING BUSINESS UNDER THE LAWS OF THE STATE OF FLORIDA, APPELLEE.

1. The Supreme Court may dismiss an appeal where appellant fails to file briefs on the merits as required by its rules.

Appeal from the Circuit Court for Suwannee County.

The facts in the case are stated in the opinion of the court.

*B. B. Blackwell,* for Appellants.

*R. H. Liggett* and *Reese & Reese,* for Appellee.

Camp v. First National Bank of Ocala—Syllabus.

Per Curiam.

This cause having been reached in its regular order for final determination, and having been duly considered by Division B of said court, and it appearing to the court that appellants have failed to file their briefs upon the merits of the case as required by the rules of this court, it is, therefore, considered by the court that the appeal be and the same is dismissed, at the cost of appellants.